IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: LaTanya F. Smoot
Kevin J. Smoot

Case No. 23-16215
Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

   ☐ A. This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

   ☐ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

   ☑ C. ALL OTHER PLANS: This is to certify that on __7/9/24__, I caused the Chapter 13 Plan ☑ filed herewith / ☐ filed on _____, to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

   ☐ I caused the Chapter 13 Plan ☐ filed herewith / ☐ filed on _____, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served

   _____
   Name of Creditor

   _____   _____
   Name served                      Capacity (Resident Agent, Officer, etc.)

   _____
   Address

   _____
   City, State, ZIP

   Method of Service: _____

   Date Served: _____

   **AND** Select A or B:

   A. ☐ A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I

**Local Bankruptcy Form M-1**

also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

    B.    ☐ No proof of claim has been filed for the lien or claim at issue.

3.    ☐ Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan. ***This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.***

    ☐ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: July 9, 2024

/s/ Eric S. Steiner
Debtor, Counsel for Debtor, or other Person effecting service

Comptroller of the Treasury
Compliance Division, Room 409
301 W PRESTON ST
BALTIMORE MD 21201

Ascendium Education Solutions, Inc OBO
Florida Department of Education OSFA
PO Box 8961
Madison WI 53708-8961

Capital One N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Crane & Partners, PLLC
 6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M&T BANK
PO Box 1508, Buffalo, NY 14240

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Dorothy Carol Sasser
Samuel I, White PC
448 Viking Drive
Ste 350
Virginia Beach, VA

NAVY FEDERAL CREDIT UNION
P O BOX 3000
MERRIFIELD, VA 22119-3000

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Tower Federal C U
7901 Sandy Spring Rd
Laurel, MD 20707-3589

State of Delaware Division of Revenue
Kathleen Cruz-Morefield
PO Box 8763
MS #28
Wilmington, DE 19899-8763

US Department of Education c/o Nelnet
121 South 13th Street
Lincoln, NE 68508-1904

John P Van Beek
 Goldman & Van Beek, P.C.
510 King Street
 Suite 416
 Alexandria, VA 22314-3132

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Wells Fargo Bank, N.A., Wells Fargo Card
Ser PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
PO Box 1629
Minneapolis MN 55440-1629